IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMUEL T. FREEMAN & CO., | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| PETER HIAM, HELEN HIAM, | : | NO.  12-1387 |
| TING WANG, and MR. LIU, | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

**AND NOW**, this *11th* day of *June*, 2012, upon consideration of Defendants' Motion to Dismiss, Stay, or Transfer Plaintiff's Interpleader Action (Docket No. 5) and Reply (Docket No. 10), and Plaintiff's Response in Opposition (Docket No. 9) and Sur-Reply (Docket No. 14), it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss the Interpleader Action on account of the first-filed rule is **DENIED**;

2. Defendants' Motion to Transfer the Interpleader Action to the District of Massachusetts is **DENIED**;

3. Defendants' Motion to Stay the Interpleader Action pending further clarification from Plaintiff as to service on Wang and Liu is **DENIED AS MOOT**; and

4. Defendants' request to dismiss the Interpleader Action on the grounds of improper service is **DENIED**.

It is so **ORDERED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.